Blanch Jaworski, Appellant, v. John Jaworski, Appellee.

Gen. No. 10,428.

Heard in this court at the May term, 1950. Snyder, Clarke & Dalziel, for appellant; Gerald C. Snyder, of counsel; Lidschin & Pucin, for appellee; Michael J. Pucin, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed August 18, 1950; released for publication September 6, 1950.